# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MALLINCKRODT PLC, *et al.*, | Case No. 20-12522 (JTD) |
| Reorganized Debtors.[1] | Jointly Administered |
| OPIOID MASTER DISBURSEMENT TRUST II, | |
| Plaintiff, | |
| v. | |
| ARGOS CAPITAL APPRECIATION MASTER FUND LP; BARCLAYS CAPITAL, INC.; BEC CAPITAL LLC; BLACKROCK INSTITUTIONAL TRUST COMPANY, N.A. (UK BRANCH); BLACKROCK INTERNATIONAL LIMITED; BLACKSTONE SENFINA ADVISORS LLC; BLUE RIDGE CAPITAL HOLDINGS LLC; BLUE RIDGE CAPITAL LLC; CAPITAL FUND MANAGEMENT SA; CAPITAL GROWTH MANAGEMENT LIMITED PARTNERSHIP; CARLSON CAPITAL LP; CHESTER DRIVE CAPITAL LP; CHIMERA SECURITIES LLC; CITADEL SECURITIES LLC; CLEAR STREET MARKETS LLC a/k/a SUMMIT SECURITIES GROUP LLC; CONSONANCE CAPITAL MANAGEMENT LP; CUTLER GROUP LLC a/k/a CUTLER GROUP LP; D.E. SHAW ASYMPTOTE PORTFOLIOS LLC; D.E. SHAW VALENCE PORTFOLIOS LLC; DEUTSCHE BANK AG; EG MARKET TECHNOLOGIES LLC; ELEMENT CAPITAL MANAGEMENT LLC; ENGINEERS GATE MANAGER LP; ERGOTELES LLC; EVERPOINT ASSOCIATES LLC; G1 EXECUTION SERVICES LLC; GF TRADING LLC; GTS SECURITIES LLC; HEALTHCOR MANAGEMENT LP; HEHMEYER LLC; HOPLITE CAPITAL LLC; HRT EXECUTION SERVICES LLC; HRT EXECUTION SERVICES, LLC a/k/a SUN TRADING LLC; HRT FINANCIAL LP; HRT FINANCIAL L P a/k/a HRT FINANCIAL LLC; IMC-CHICAGO LLC d/b/a IMC FINANCIAL MARKETS; JANE STREET CAPITAL LLC; JUMP TRADING LLC; KOREA INVESTMENT CORPORATION; LATOUR TRADING LLC; LION CAVE CAPITAL LLC; LION CAVE MANAGEMENT LLC; MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED; MOORE CAPITAL MANAGEMENT LP; PALOMINO LIMITED; PAULSON & CO., INC.; PFM HEALTH SCIENCES LP a/k/a PARTNER FUND MANAGEMENT LP; POTAMUS HOLDINGS LLC a/k/a POTAMUS TRADING LLC; | Adv. Pro. No. 22-50435 (JTD) **Re: Adv. Docket No. 2** |

---

[1] A complete list of the Debtors in the chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt.

| | )|
|---|---|
|QUANTBOT MANAGEMENT MASTER FUND SPC LTD; QUANTITATIVE INVESTMENT MANAGEMENT LLC; QUANTLAB SECURITIES LP; QUANTLAB TRADING PARTNERS US LP; RESILIENT CAPITAL LLP; RGM SECURITIES LLC; RIEF RMP LLC; RIEF TRADING LLC; ROCK CREEK MB LLC; SIMPLEX TRADING LLC; SPIRE X TRADING LLC; SQUAREPOINT OPS LLC; SUSQUEHANNA SECURITIES LLC; SVB SECURITIES LLC a/k/a LEERINK PARTNERS LLC; T. ROWE PRICE ASSOCIATES, INC., AND JOHN DOE FUNDS; T3 TRADING GROUP LLC; TEWKSBURY INVESTMENT FUND LTD; THESYS TECHNOLOGIES LLC; TOWER RESEARCH CAPITAL LLC; TRADEBOT SYSTEMS, INC.; TRILLIUM TRADING LLC; VA MANAGEMENT LP a/k/a VISIUM ASSET MANAGEMENT LP; VIRTU AMERICAS LLC a/k/a KCG AMERICAS LLC; VIRTU AMERICAS, LLC a/k/a VIRTU FINANCIAL BD LLC; WILLIAM BLAIR & COMPANY LLC; XTX MARKETS LLC, and JOHN DOE DEFENDANTS, and<br><br>HRT FINANCIAL LP, PAULSON & CO., INC. and CUTLER GROUP LP on behalf of themselves and a class of similarly situated persons and legal entities,<br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING OF PROPOSED REDACTED VERSION OF COMPLAINT

**PLEASE TAKE NOTICE** that, on October 12, 2022, the Opioid Master Disbursement Trust II, established pursuant to the *Modified Fourth Amended Joint Plan of Reorganization (with technical modifications) of Mallinckrodt plc and its Debtor Affiliates under Chapter 11 of the Bankruptcy Code* [Docket No. 7670] in the above-captioned chapter 11 cases, filed the **Complaint** [Adv. Docket No. 2] in the above-captioned adversary proceeding under seal with the Court.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Del. Bankr. L.R. 9018-1(d)(ii), attached hereto as Exhibit A is the proposed redacted public version of the Complaint.

Dated: October 17, 2022
Wilmington, Delaware

**COLE SCHOTZ P.C.**

*/s/ Justin R. Alberto*
Justin R. Alberto (No. 5126)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
jalberto@coleschotz.com
preilley@coleschotz.com

Seth Van Aalten (admitted *pro hac vice*)
Anthony De Leo (admitted *pro hac vice*)
1325 Avenue of the Americas
19th Floor
New York, NY 10019
Telephone: (212) 752-8000
Facsimile: (212) 752-8393
svanaalten@coleschotz.com
adeleo@coleschotz.com

*Counsel to the Opioid Master Disbursement Trust II*