## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| MALLINCKRODT PLC, *et al.*, | ) | Case No. 20-12522 (JTD) |
|  | ) |  |
| Reorganized Debtors. | ) | Jointly Administered |
|  | ) |  |
| OPIOID MASTER DISBURSEMENT TRUST II, | ) |  |
|  | ) |  |
| Plaintiff, | ) | Adv. Pro. No. 22-50435 (JTD) |
| v. | ) |  |
|  | ) |  |
| ARGOS CAPITAL, *et al.*, | ) |  |
|  | ) |  |
| Defendants. | ) |  |

## <u>NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS</u>

**PLEASE TAKE NOTICE** that Katten Muchin Rosenman LLP and Potter Anderson & Corroon LLP hereby appear as counsel for *HRT Financial LP a/k/a HRT Financial LLC* (the "<u>Defendant</u>") in the above-captioned proceeding pursuant to 11 U.S.C. § 1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>").

**PLEASE TAKE FURTHER NOTICE** that Defendant hereby requests, pursuant to Bankruptcy Rule 2002, that copies of all notices and pleadings given or required to be given, and all papers served or required to be served, be given and served upon the following people at the addresses indicated.

Peter A. Siddiqui
**KATTEN MUCHIN ROSENMAN LLP**
525 West Monroe Street
Chicago, IL 60661
Telephone: (312) 902-5200
Facsimile: (312) 902-1061
peter.siddiqui@katten.com

Julia M. Winters
**KATTEN MUCHIN ROSENMAN LLP**
50 Rockefeller Plaza
New York, NY 10020
Telephone: (212) 940-8800
Facsimile: (212) 940-8776
jwinters@katten.com

Jeremy W. Ryan (No. 4057)
Andrew L. Brown (No. 6766)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
jryan@potteranderson.com
abrown@potteranderson.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any applications, petitions, motions, complaints, requests or demands, hearings, answers or reply papers, memoranda and briefs in support of any of the foregoing and any other document filed with, or otherwise brought before, this Court with respect to the above-captioned bankruptcy proceeding, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, e-mail, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that Defendant intends that neither this *Notice of Appearance and Request for Service of Papers* nor any later appearance, pleading, claim or suit shall waive (i) Defendant's right to have final orders in non-core matters entered only after *de novo* review by a higher court, (ii) Defendant's right to trial by jury in any proceeding so triable in any case, controversy, or proceeding related to these bankruptcy cases, (iii) Defendant's right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, (iv) Defendant's right to enforce any contractual provisions with respect to arbitration, or (v) any other rights, claims, actions, defense, setoffs, or recoupments to which Defendant is or may be entitled under agreements, in law or in equity, including the right to contest the jurisdiction of the United States Bankruptcy Court for the District of Delaware over Defendant, all of which rights, claims, actions, defense, setoffs, and recoupments Defendant expressly reserves.

*[Signature Page Follows]*

Dated: November 17, 2022  
Wilmington, DE

Respectfully submitted,

/s/     *Andrew L. Brown*  
Jeremy W. Ryan (No. 4057)  
Andrew L. Brown (No. 6766)  
**POTTER ANDERSON & CORROON LLP**  
1313 N. Market Street, 6th Floor  
Wilmington, DE 19801  
Telephone: (302) 984-6000  
Facsimile: (302) 658-1192  
jryan@potteranderson.com  
abrown@potteranderson.com

-and-

Peter A. Siddiqui  
**KATTEN MUCHIN ROSENMAN LLP**  
525 W. Monroe Street  
Chicago, IL 60661  
Telephone: (312) 902-5200  
Facsimile: (312) 902-1061  
peter.siddiqui@katten.com

Julia M. Winters  
**KATTEN MUCHIN ROSENMAN LLP**  
50 Rockefeller Plaza  
New York, NY 10020  
Telephone: (212) 940-8800  
Facsimile: (212) 940-8776  
jwinters@katten.com

*Counsel for HRT Financial LP a/k/a HRT Financial LLC*