# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MALLINCKRODT PLC, *et al.*,[1] | ) | Case No. 20-12522 (JTD) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| OPIOID MASTER DISBURSEMENT TRUST II, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. No. 22-50435 (JTD) |
| | ) | |
| FINANCIAL L P a/k/a HRT FINANCIAL LLC; IMCCHICAGO LLC d/b/a IMC FINANCIAL MARKETS; JANE STREET CAPITAL LLC; JUMP TRADING LLC; KOREA INVESTMENT CORPORATION; LATOUR TRADING LLC; LION CAVE CAPITAL LLC; LION CAVE MANAGEMENT LLC; MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED; MOORE CAPITAL MANAGEMENT LP; PALOMINO LIMITED; PAULSON & CO., INC.; PFM HEALTH SCIENCES LP a/k/a PARTNER FUND MANAGEMENT LP; POTAMUS HOLDINGS LLC a/k/a POTAMUS TRADING LLC; QUANTBOT MANAGEMENT MASTER FUND SPC LTD; QUANTITATIVE INVESTMENT MANAGEMENT LLC; QUANTLAB SECURITIES LP; QUANTLAB TRADING PARTNERS US LP; RESILIENT CAPITAL LLP; RGM | ) | |

---

[1] A complete list of the Debtors in the chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt.

| | )
|---|---|
| SECURITIES LLC; RIEF RMP LLC; | ) |
| RIEF TRADING LLC; ROCK | ) |
| CREEK MB LLC; SIMPLEX TRADING | ) |
| LLC; SPIRE X TRADING LLC; | ) |
| SQUAREPOINT OPS LLC; | ) |
| SUSQUEHANNA SECURITIES LLC; | ) |
| SVB SECURITIES LLC a/k/a LEERINK | ) |
| PARTNERS LLC; T. ROWE PRICE | ) |
| ASSOCIATES, INC., AND JOHN DOE | ) |
| FUNDS; T3 TRADING GROUP LLC; | ) |
| TEWKSBURY INVESTMENT FUND | ) |
| LTD; THESYS TECHNOLOGIES LLC; | ) |
| TOWER RESEARCH CAPITAL LLC; | ) |
| TRADEBOT SYSTEMS, INC.; | ) |
| TRILLIUM TRADING LLC; VA | ) |
| MANAGEMENT LP a/k/a VISIUM | ) |
| ASSET MANAGEMENT LP; VIRTU | ) |
| AMERICAS LLC a/k/a KCG | ) |
| AMERICAS LLC; VIRTU AMERICAS, | ) |
| LLC a/k/a VIRTU FINANCIAL BD LLC; | ) |
| WILLIAM BLAIR & COMPANY LLC; | ) |
| XTX MARKETS LLC, and JOHN DOE | ) |
| DEFENDANTS, and | ) |
| | ) |
| HRT FINANCIAL LP, PAULSON & | ) |
| CO., INC. and CUTLER GROUP LP on | ) |
| behalf of themselves and a class of | ) |
| similarly situated persons and legal | ) |
| entities, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that, pursuant to 11 U.S.C. § 1109(b) and rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Daniel A. Mason of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP hereby enters his appearance in the above-captioned case as counsel for Virtu Americas LLC a/k/a KCG Americas LLC and Virtu Americas LLC a/ka/ Virtu Financial BD LLC (collectively, "Virtu Americas LLC"), and requests, pursuant to Bankruptcy Rules 7005 and 9007 and 11 U.S.C. §§ 342 and

1109(b), that further copies of all notices and pleadings given or filed in the above-captioned case be given to and served upon the following at the addresses listed below:

| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
|---|---|
| Daniel A. Mason (#5206) | Andrew Gordon (*pro hac vice* forthcoming) |
| 500 Delaware Avenue, Suite 200 | William A. Clareman (*pro hac vice* forthcoming) |
| Post Office Box 32 | 1285 Avenue of the Americas |
| Wilmington, DE 19899-0032 | New York, New York 10019 |
| Telephone: (302) 655-4410 | Telephone: (212) 373-3000 |
| Facsimile: (302) 397-4420 | Facsimile: (212) 757-3990 |
| Email: dmason@paulweiss.com | E-mail: agordon@paulweiss.com |
| | wclareman@paulweiss.com |

*Counsel to Virtu Americas LLC*

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes all of the notices and papers referred to in the Bankruptcy Rules specified above and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, cash-flow reports, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to this case and any proceeding therein, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier, telex, or otherwise filed or given with regard to the above- referenced case and the proceedings therein, all of which shall be sent to all of the attorneys listed above.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive any right of Virtu Americas to (i) have final orders in non-core matters entered only after *de novo* review by the United States District Court for the District of Delaware (the "District Court"); (ii) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding

related to this case; (iii) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) have any matter in which this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution heard by the District Court; or (v) any and all rights, claims, actions, defenses, setoffs, recoupments, or remedies to which Virtu Americas is or may be entitled under agreements, in law or in equity, any and all of which rights, claims, actions, defenses, setoffs, recoupments, and remedies are expressly reserved hereby.

| | |
|---|---|
| Dated: November 29, 2022<br>Wilmington, Delaware | Respectfully submitted,<br><br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br><br>*/s/ Daniel Mason*_____<br>500 Delaware Avenue, Suite 200<br>Post Office Box 32<br>Wilmington, DE 19899-0032<br>Telephone: (302) 655-4410<br>Facsimile: (302) 397-4420<br>Email: dmason@paulweiss.com<br><br>*Counsel to Virtu Americas LLC* |