**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In Re:                      Chapter 11

Case No. 22-50435 (JTD)

Debtor: Mallinckrodt PLC et al

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Andrew Gordon to represent Virtu Americas LLC, a/k/a KCG Americas LLC and a/k/a Virtu Financial BD LLC in this action.

/s/ Daniel Mason

Firm Name: Paul, Weiss, Rifkind, Wharton & Garrison LLP
Address: 500 Delaware Avenue, Suite 200
Post Office Box 32
Wilmington, DE 19899-0032
Phone: 302-655-4425
Email: dmason@paulwess.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of **New York** and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Andrew Gordon

Firm Name: Paul, Weiss, Rifkind, Wharton & Garrison LLP
Address: 1285 Avenue of the Americas, New York, NY 10019
Phone: 212-373-3543
Email: agordon@paulweiss.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.