**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MALLINCKRODT PLC, *et al.*, | Case No. 20-12522 (JTD) |
| Reorganized Debtors. | Jointly Administered |
| OPIOID MASTER DISBURSEMENT TRUST II, | |
| Plaintiff, | Adv. Pro. No. 22-50435 (JTD) |
| v. | |
| ARGOS CAPITAL, *et al.*, | |
| Defendants. | |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF
<u>DEFENDANT JANE STREET CAPITAL, LLC</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Jane Street Capital, LLC, by and through its undersigned counsel, hereby states as follows:

Defendant Jane Street Capital, LLC's parent corporation is Jane Street Group, LLC. No publicly-held corporation owns ten percent (10%) or more of Defendant's stock.

*[Signature Page Follows]*

DATE: December 16, 2022
Wilmington, Delaware

        */s/ Andrew L. Brown*
        Jeremy W. Ryan (No. 4057)
        Andrew L. Brown (No. 6766)
        POTTER ANDERSON CORROON LLP
        1313 N. Market Street, 6th Floor
        Wilmington, Delaware 19801
        (302) 984-6000
        jryan@potteranderson.com
        abrown@potteranderson.com

        *-and-*

        Philip D. Anker *(pro hac admission pending)*
        Noah A. Levine *(pro hac admission pending)*
        Ross E. Firsenbaum *(pro hac admission pending)*
        Michael McGuinness *(pro hac admission pending)*
        WILMER CUTLER PICKERING
        HALE AND DORR LLP
        7 World Trade Center
        250 Greenwich Street
        New York, New York 10007
        (212) 230-8000
        Philip.anker@wilmerhale.com
        Ross.firsenbaum@wimlerhale.com
        Noah.levine@wilmerhale.com
        Mike.mcguinness@wilmerhale.com

        *Counsel to Defendant Jane Street Capital, LLC*