UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MALLINCKRODT PLC., *et al.*<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 20-12522 (JTD)<br><br>(Jointly Administered) |
| OPIOID MASTER DISBURSEMENT TRUST II,<br><br>Plaintiff,<br><br>v.<br><br>ARGOS CAPITAL, et al.,<br><br>Defendants. | Adv. Pro. No. 22-50435 (JTD) |

## AFFIDAVIT OF SERVICE

I, Laurie Heggan, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On December 16, 2022, at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents by first class mail on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 12/16/2022 | 38 | Rule 26(f) Report Filed by GTS Securities LLC. (Brown, Andrew) (Entered: 12/16/2022) |
| 12/16/2022 | 39 | Rule 26(f) Report Filed by D.E. Shaw Asymptote Portfolios LLC, D.E. Shaw Valence Portfolios LLC. (Brown, Andrew) (Entered: 12/16/2022) |
| 12/16/2022 | 40 | Corporate Ownership Statement pursuant to F.R.B.P. 7007.1(a) Filed by G1 Execution Services LLC, Susquehanna Securities LLC. (Brown, Andrew) (Entered: 12/16/2022) |
| 12/16/2022 | 41 | Corporate Ownership Statement pursuant to F.R.B.P. 7007.1(a) Filed by GF Trading LLC, RIEF RMP LLC, RIEF Trading LLC, Rock Creek MB LLC. (Brown, Andrew) (Entered: 12/16/2022) |

| Date | Doc # | Description |
|---|---|---|
| 12/16/2022 | 42 | Corporate Ownership Statement pursuant to F.R.B.P. 7007.1(a) Filed by Citadel Securities LLC. (Brown, Andrew) (Entered: 12/16/2022) |
| 12/16/2022 | 43 | Corporate Ownership Statement pursuant to F.R.B.P. 7007.1(a) Filed by Blackrock Institutional Trust Company, N.A. (UK Branch), Blackrock International Limited. (Brown, Andrew) (Entered: 12/16/2022) |
| 12/16/2022 | 44 | Corporate Ownership Statement pursuant to F.R.B.P. 7007.1(a) Filed by Barclays Capital, Inc.. (Brown, Andrew) (Entered: 12/16/2022) |
| 12/16/2022 | 45 | Corporate Ownership Statement pursuant to F.R.B.P. 7007.1(a) Filed by Latour Trading LLC, Spire X Trading LLC, Tower Research Capital LLC. (Brown, Andrew) (Entered: 12/16/2022) |
| 12/16/2022 | 46 | Corporate Ownership Statement pursuant to F.R.B.P. 7007.1(a) Filed by Jane Street Capital LLC. (Brown, Andrew) (Entered: 12/16/2022) |
| 12/16/2022 | 48 | Limited Response to the Motion of the Opioid Master Disbursement Trust II for Entry of an Order Enlarging the Time to Effectuate Service of Process and Approving Preliminary Case Management Procedures (related document(s)20) Filed by Barclays Capital, Inc., Blackrock Institutional Trust Company, N.A. (UK Branch), Blackrock International Limited, Citadel Securities LLC, D.E. Shaw Asymptote Portfolios LLC, D.E. Shaw Valence Portfolios LLC, Deutsche Bank AG, Everpoint Associates LLC, G1 Execution Services LLC, GF Trading LLC, GTS Securities LLC, HRT Execution Services, LLC, HRT Financial L P, Jane Street Capital LLC, Jump Trading LLC, Korea Investment Corporation, Latour Trading LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Paulson & Co., Inc., RIEF RMP LLC, RIEF Trading LLC, Rock Creek MB LLC, Simplex Trading LLC, Spire X Trading LLC, Susquehanna Securities LLC, T. Rowe Price Associates, Inc. and John Doe Funds, Tower Research Capital LLC, Virtu Americas LLC (Ryan, Jeremy) (Entered: 12/16/2022) |
| 12/16/2022 | 49 | Declaration in Support //Declaration of Ross E. Firsenbaum in Support of Defendants' Limited Response to Motion of the Opioid Master Disbursement Trust II for Entry of an Order Enlarging the Time to Effectuate Service of Process and Approving Preliminary Case Management Procedures (related document(s)20, 48) Filed by Barclays Capital, Inc., Blackrock Institutional Trust Company, N.A. (UK Branch), Blackrock International Limited, Citadel Securities LLC, D.E. Shaw Asymptote Portfolios LLC, D.E. Shaw Valence Portfolios LLC, Deutsche Bank AG, Everpoint Associates LLC, G1 Execution Services LLC, GF Trading LLC, GTS Securities LLC, HRT Execution Services LLC, HRT Financial L P, Jane Street Capital LLC, Jump Trading LLC, Korea Investment |

| | Corporation, Latour Trading LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Paulson & Co., Inc., RIEF RMP LLC, RIEF Trading LLC, Rock Creek MB LLC, Simplex Trading LLC, Spire X Trading LLC, Susquehanna Securities LLC, T. Rowe Price Associates, Inc. and John Doe Funds, Tower Research Capital LLC, Virtu Americas LLC. (Attachments: # 1 Exhibit A - Correspondence Dated December 14-16, 2022 # 2 Exhibit B - Lyondell Protocol # 3 Exhibit C - Orion Protocol # 4 Exhibit D - Tribune Protocol # 5 Exhibit E - Revised Proposed Order) (Ryan, Jeremy) (Entered: 12/16/2022) |
|---|---|

X _____
Laurie Heggan

Dated: December 19, 2022
State of Delaware
County of New Castle
Subscribed and sworn to (or affirmed) before me on this 19th day of December 2022, by Laurie Heggan proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

X _____

JESSE L BLEVINS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 30, 2024

3

# EXHIBIT A

Erica S. Weisgerber
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022

David Fietze
Chief Compliance Officer and Legal Counsel
The CGM Funds
Capital Growth Management
One International Place, 45th Floor
Boston, MA 02110

Deborah J. Newman
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor,
New York, NY 10010

Jack Yoskowitz
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004

Richard A. Bodnar
Marc Kramer
Rolnick Kramer Sadighi LLP
1251 Ave. of the Americas
New York, NY 10020

Peter A. Siddiqui
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661

Julia M. Winters
Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York, NY 10020

Martin Geagan
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193

John C. Goodchild, III
Morgan, Lewis & Bockius LLP
1701 Market St.
Philadelphia, PA 19103-2921

M. Todd Parker
Parker Pohl LLP
420 Lexington Avenue, Suite 2440
New York, NY 10170

Aaron G. McCollough
McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818

Ericka F. Johnson
Womble Bond Dickinson (US) LLP
1313 North Market Street, Suite 1200
Wilmington, DE 19801

John C. Pickford
Susquehanna International Group, LLP
401 City Avenue, Suite 220
Bala Cynwyd, PA 19004

Daniel A. Mason
Paul, Weiss, Rifkind, Wharton & Garrison LLP
500 Delaware Avenue, Suite 200
Post Office Box 32
Wilmington, DE 19899-0032

Andrew Gordon
William A. Clareman
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

Argos Capital Appreciation Master Fund LP
c/o The Corporation Trust Company, as
Registered Agent
 Corporation Trust Center
 1209 Orange St.
Wilmington, DE 19801

Argos Capital Appreciation Master Fund LP
Attn: Kathleen Hartmann
211 West 61st Street, 6th Floor
New York, NY

Barclays Capital, Inc.
c/o Corporation Service Company, as Registered
Agent
Goodwin Square
225 Asylum Street, 20th Floor
Hartford, CT 06103

Barclays Capital, Inc.
Attn: Fiona Fallon
745 Seventh Avenue
New York, NY 10019

BEC Capital LLC
c/o VCorp Services, LLC, as Registered Agent
108 W. 13th Street, Suite 100
Wilmington, DE 19801

BEC Capital LLC
Attn: Jesper Nielsen
3422 Old Capitol Trail #438
Wilmington, DE 19808

Blackrock Institutional Trust Company, N.A.
Attn: Bruce McDougal, Chief Compliance
Officer
400 Howard St.
San Francisco, CA 94105

Blackrock International Limited
Attn: Tommaso Bencivenga, General Counsel
55 E 52nd St.
New York, NY 10022

Blackstone Senfina Advisors LLC
c/o Corporation Service Company, as Registered
Agent
251 Little Falls Drive
Wilmington, DE 19808

The Blackstone Group L.P.
345 Park Avenue
New York, NY 10154

Blue Ridge Capital Holdings LLC c/o
Blue Ridge Capital Ventures, LLC, as
Registered Agent
2 Blue Hill Plaza, Lobby Level
Pearl River, NY 10964

Blue Ridge Capital LLC
c/o Blue Ridge Capital Ventures, LLC, as
Registered Agent
2 Blue Hill Plaza, Lobby Level
Pearl River, NY 10965

Capital Growth Management Limited
Partnership
c/o Kenbob, Inc., as Registered Agent
38 Newberry Street
Boston, MA 02110

Capital Growth Management Limited
Partnership
Attn: David Fietze
One International Place, 45th Floor
Boston, MA 02110

Carlson Capital LP
c/o Corporation Service Company, as Registered
Agent
251 Little Falls Drive
Wilmington, DE 19808

Carlson Capital LP
Attn. Clint Carlson
2100 McKinney Ave., Ste 1800
Dallas, TX 75201

Chester Drive Capital LP
c/o Corporation Service Company, as Registered
Agent
251 Little Falls Drive
Wilmington, DE 19808

Chester Drive Capital LP
1350 Avenue of the Americas, 3rd Floor
New York, NY 10019

Chimera Securities LLC
c/o Corporation Service Company, as Registered Agent
251 Little Falls Drive
Wilmington, DE 19808

Chimera Securities LLC
c/o Corporation Service Company, as Registered Agent
80 State Street
Albany, NY 12207

Chimera Securities LLC
27 Union Square W
New York, NY 10003

Clear Street Markets LLC a/k/a Summit Securities Group LLC
c/o United Corporate Services, Inc., as Registered Agent
874 Walker Road, Ste C
Dover, DE 19904

Clear Street Markets LLC a/k/a Summit Securities Group LLC
Attn: Scott Gutmanstein
150 Greenwich St., Floor 45
New York, NY 10007

Clear Street Markets LLC a/k/a Summit Securities Group LLC
55 Broadway, Suite 2102
New York, NY 10006

Consonance Capital Management LP
Corporation Service Company, as Registered Agent
251 Little Falls Drive
Wilmington, DE 19808

Consonance Capital Management LP
Corporation Service Company, as Registered Agent
80 State Street
Albany, NY 12207

Consonance Capital Management LP
Mitchell Blutt, as CEO
1370 6th Ave, 33rd Floor
New York, NY 10019

Cutler Group LLC a/k/a Cutler Group LP
c/o Corporation Service Company, as Registered Agent
251 Little Falls Drive
Wilmington, DE 19808

Cutler Group LLC a/k/a Cutler Group LP
c/o Trent S. Cutler, as Registered Agent
101 Montgomery Street, Suite 700
San Francisco, CA 94104-4125

D.E. Shaw Asymptote Portfolios LLC
c/o The Corporation Trust Company, as Registered Agent
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

D.E. Shaw Asymptote Portfolios LLC
Attn: Doug Widmann
1166 Avenue of the Americas, 9th Floor
New York, NY 10036

D.E. Shaw Valence Portfolios, LLC
c/o The Corporation Trust Company, as Registered Agent, Corporation Trust Center,
1209 Orange St., Wilmington, DE 19801

D.E. Shaw Valence Portfolios, LLC
Attn: Doug Widmann
120 West 45th St., Tower 45 39th
New York, NY 10036

D.E. Shaw Valence Portfolios, LLC
Attn: Doug Widmann
1166 Avenue of the Americas, 9th Floor
New York, NY 10036

Deutsche Bank AG
c/o CT Corporation System, as Registered Agent
28 Liberty St.
New York, NY 10005

Deutsche Bank AG
Attn: Samuel Petrucci
60 Wall Street
New York, NY 10005

EG Market Technologies LLC
c/o The Corporation Trust Company, as Registered Agent
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

EG Market Technologies LLC
767 5th Avenue, 45th Floor
New York, NY 10153

EG Market Technologies LLC
John Lappington, as President
55 Hudson Yards, 29th Floor
New York, NY 10001

Element Capital Management LLC
c/o Corporation Service Company, as Registered Agent
251 Little Falls Drive
Wilmington, DE 19808

Element Capital Management LLC
Attn Jeffrey Talpins
600 Lexington Avenue, 34th Floor
New York, NY 10022

Element Capital Management LLC
Attn Jeffrey Talpins
520 Madison Avenue 43rd Floor
New York, NY 10022

Engineers Gate Manager LP
c/o The Corporation Trust Company, as Registered Agent
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

Engineers Gate Manager LP
Attn: Robert Greg Eisner, as CEO
767 Fifth Ave., 45th Floor
New York, NY 10153

Engineers Gate Manager LP
Attn: Robert Greg Eisner, as CEO
55 Hudson Yards
New York, NY 10001

Ergoteles LLC
c/o The Corporation Trust Company, as Registered Agent
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

Ergoteles LLC
c/o Goldberg, Corwin & Greenberg, LLP, as Registered Agent
331 Madison Avenue, 15th Floor
New York, NY 10017

Ergoteles LLC
Attn: Mark Mancini, as Founding Principal
150 East 52nd Street, 26th Floor
New York, NY 10022

Everpoint Associates, LLC
72 Cummings Point Road
Stamford, CT 06902

G1 Execution Services LLC
c/o Michael Doherty, as Registered Agent
175 W. Jackson Blvd, Ste 1700
Chicago, IL 60604

G1 Execution Services LLC
Attn: Josh Garrett Ortego
175 W. Jackson Blvd., Suite 1700
Chicago, IL 60604

G1 Execution Services LLC
208 LaSalle St.
Chicago, IL 60604

GF Trading LLC
c/o United Corporate Services, Inc., as Registered Agent
874 Walker Rd., Ste. C, Dover, DE 19904

GTS Securities LLC
c/o VCprp Services, LLC, as Registered Agent
108 W. 13th Street, Suite 100
Wilmington, DE 19801

GTS Securities LLC
Attn: Richard Grant
800 Third Ave, 27th Floor
New York, NY 10022

GTS Securities LLC
Attn: Richard Grant
545 Madison Ave
New York, NY 10022

Healthcor Management LP
c/o Corporation Service Company, as Registered Agent
251 Little Falls Drive
Wilmington, DE 19808

Healthcor Management LP
c/o Steven J. Musumeci, Esq.
47th Fl, 152 West 57th Street
New York, NY 10019

Healthcor Management LP
55 Hudson Yards, 28th Floor
New York, NY 10001

Hehmeyer LLC
c/o The Corporation Trust Company, as
Registered Agent
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

Hehmeyer LLC
CT Corporation System, as Registered Agent
28 Liberty St.
New York, NY 10005

Hehmeyer LLC
3719 Spring Rd.
Oak Brook, IL, 60523

Hoplite Capital LLC
c/o Corporation Service Company, as Registered Agent
251 Little Falls Drive
Wilmington, DE 19808

Hoplite Capital LLC
c/o Hoplite Capital Management, as Registered Agent
Attn: John T Lykouretzos
810 Seventh Avenue 34th Floor
New York, NY 10019

HRT Execution Services LLC
c/o The Corporation Trust Company, as
Registered Agent
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

HRT Execution Services LLC
c/o CT Corporation System, as Registered Agent,
28 Liberty St.
New York, NY 10005

HRT Execution Services LLC
Attn: Scott Ferber
3 World Trade Center
175 Greenwich St., 76th Floor
New York, NY 10007

HRT Financial LP
c/o The Corporation Trust Company, as
Registered Agent
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

HRT Financial LP
c/o Hudson River Trading, as Registered Agent
3 World Trade Center
175 Greenwich St., 76th Floor
New York, NY 10007

HRT Financial LP
Attn: Scott Ferber
3 World Trade Center
175 Greenwich St., 76th Floor
New York, NY 10007

IMC-Chicago LLC d/b/a IMC Financial Markets
c/o Illinois Corporation Service Company, as
Registered Agent
801 Adlai Stevenson Drive
Springfield, IL 62703

IMC-Chicago LLC d/b/a IMC Financial Markets
Attn: Robert Lev
233 South Wacker Drive, #4300
Chicago, IL 60606

Jane Street Capital, LLC
c/o United Corporate Services, Inc., as
Registered Agent
874 Walker Road, Suite C
Dover, DE 19904

Jane Street Capital, LLC
Attn: Michelle Chun
250 Vesey St.
New York, NY 10281

Korea Investment Corporation
Yong Seon Shin, CEO
250 W. 55th St., 15th Floor
New York, NY 10019

Latour Trading LLC
c/o The Corporation Trust Company, as
Registered Agent
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

Latour Trading LLC
Attn: David Faucon
377 Broadway, 11th Floor
New York, NY 10013-3907

Latour Trading LLC
Attn: David Faucon
148 Lafayette, 10th Floor
New York, NY 10013

Lion Cave Capital LLC
c/o Corporation Service Company, as Registered Agent
251 Little Falls Drive
Wilmington, DE 19808

Lion Cave Capital LLC
Attn: Eric Sumner
295 Main St.
Chatham, NJ 07928

Lion Cave Management LLC
c/o Cogency Global Inc., as Registered Agent
850 New Burton Road, Suite 201
Dover, DE 19904

Lion Cave Management LLC
Attn: Eric Sumner
295 Main St.
Chatham, NJ 07928

Merrill Lynch, Pierce, Fenner & Smith Incorporated
c/o The Corporation Trust Company, as Registered Agent
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

Merrill Lynch, Pierce, Fenner & Smith Incorporated
c/o CT Corporation System, as Registered Agent
28 Liberty St.
New York, NY 10005

Merrill Lynch, Pierce, Fenner & Smith Incorporated
1 Bryant Park
New York, NY 10036

Moore Capital Management LP
c/o The Corporation Trust Company, as Registered Agent
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

Moore Capital Management LP
Attn: Jim Kaye
11 Times Square, 39th Floor
New York, NY 10036

Palomino Limited
Attn: Suejean Mott, Director
c/o Barclays Capital, Inc.
745 Seventh Ave
New York, NY 10019

Paulson & Co., Inc.
c/o Corporation Service Company, as Registered Agent
251 Little Falls Drive
Wilmington, DE 19808

Paulson & Co., Inc.
c/o Corporation Service Company, as Registered Agent,
80 State Street
Albany, NY 12207

Paulson & Co., Inc.
Attn: John Paulson
1133 6th Ave., 33rd Floor
New York, NY 10036

PFM Health Sciences LP a/k/a Partner Fund Management LP
c/o Corporation Service Company, as Registered Agent
251 Little Falls Drive
Wilmington, DE 19808

PFM Health Sciences LP a/k/a Partner Fund Management LP
Attn: Darin Sadow
475 Sansome Street, Suite 1720
San Francisco, CA 94111

Potamus Holdings LLC a/k/a Potamus Trading LLC
c/o Corporation Service Company, as Registered Agent
251 Little Falls Drive
Wilmington, DE 19808

Potamus Holdings LLC a/k/a Potamus Trading LLC
Attn: Timothy J. McCooey
311 East 11th St, Apt 1A
New York, NY 10003

Potamus Holdings LLC a/k/a Potamus Trading LLC
Attn: Timothy J. McCooey
2 Seaport Lane, 8th Floor
Boston, MA 02210

Quantbot Management Master Fund SPC Ltd.
c/o Corporation Service Company, as Registered Agent
251 Little Falls Drive
Wilmington, DE 19808

Quantbot Management Master Fund SPC Ltd.
Attn: Michael Botlo
369 Lexington Avenue, 9th Floor
New York, NY 10017

Quantbot Management Master Fund SPC Ltd.
Attn: Debra Wisdom
369 Lexington Avenue, 9th Floor
New York, NY 10017

Quantitative Investment Management LLC
c/o CT Corporation System, as Registered Agent
4701 Cox Road, Suite 285
Glen Allen, VA 23060

Quantitative Investment Management LLC
Attn: Jaffray Woodriff
401 E. Market Street Suite 104
Charlottesville, VA 22902

Quantlab Trading Partners US LP
c/o Cogency Global Inc., as Registered Agent
850 New Burton Road, Suite 201
Dover, DE 19904

Quantlab Trading Partners US LP
Attn: John Williams
3 Greenway Plaza, Suite 200
Houston, TX 77046

Quantlab Securities LP
c/o Cogency Global Inc., as Registered Agent
850 New Burton Road, Suite 201
Dover, DE 19904

Quantlab Securities LP
Attn: John Williams
3 Greenway Plaza, Suite 200
Houston, TX 77046

RGM Securities LLC
c/o The Corporation Trust Company, as Registered Agent
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

RGM Securities LLC
Attn: Scott Boyd
221 West 6th Street, Suite 1510
Austin, TX 78701

RIEF RMP LLC
c/o Corporation Service Company, as Registered Agent
251 Little Falls Drive
Wilmington, DE 19808

RIEF RMP LLC
c/o Renaissance Technologies LLC, as Registered Agent
Attn: Anne K. Small, Esq.
800 Third Avenue
New York, NY 10022

RIEF RMP LLC
Attn: Anne K. Small, Esq.
800 Third Avenue
New York, NY 10022

RIEF Trading LLC
Attn: Afsaneh Mashayekhi Beschloss
800 Third Avenue,
New York, NY 10022

RIEF Trading LLC
c/o Renaissance Technologies LLC
Attn: Anne Small, Esq.
800 Third Avenue
New York, NY 10022

Rock Creek MB LLC
c/o The Corporation Trust Company, as Registered Agent
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

Rock Creek MB LLC
Attn: Afsaneh Mashayekhi Beschloss
800 Third Avenue
New York, NY 10022

Spire X Trading LLC
c/o The Corporation Trust Company, as Registered Agent
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

Squarepoint Ops LLC
c/o Corporation Service Company, as Registered Agent
80 State Street
Albany, NY 12207-254

Squarepoint Ops LLC
Attn: Maxime Fortin
250 W 55th St., 32nd Floor, Ste. A
New York, NY 10019

Susquehanna Securities LLC
c/o Corporation Service Company, as Registered Agent
251 Little Falls Drive
Wilmington, DE 19808

Susquehanna Securities LLC
Attn: Edward Gormley
401 City Ave., Ste 220
Bala Cynwyd, PA 19004

SVB Securities LLC a/k/a Leerink Partners LLC
c/o The Corporation Trust Company, as Registered Agent
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

SVB Securities LLC a/k/a Leerink Partners LLC
Attn: Jeffrey Leerink
One Federal St., 37th Floor
Boston, MA 02110

T. Rowe Price Associates, Inc.
c/o The Corporation Trust Company, as Registered Agent
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

T. Rowe Price Associates, Inc.
c/o CT Corporation System, as Registered Agent
28 Liberty St.
New York, NY 10005

T. Rowe Price Associates, Inc.
Attn: Robert W. Sharps
100 East Pratt St.
Baltimore, MD 21202

T3 Trading Group LLC
c/o Corporation Service Company, as Registered Agent
251 Little Falls Drive
Wilmington, DE 19808

T3 Trading Group LLC
c/o Corporation Service Company, as Registered Agent
80 State Street
Albany, NY 1220

T3 Trading Group LLC
Attn: Garret Marquis
 1 State Street Plaza, 10th Floor
New York, NY 10004

Tewksbury Investment Fund Ltd.
c/o Matthew S. Tewksbury, Executive Officer
Stevens Capital Management LP
201 King of Prussia Road, Suite 400
Radnor, PA 19087

Thesys Technologies LLC
c/o Harvard Business Services, Inc., as Registered Agent
 16192 Coastal Hwy
Lewes, DE 19958

Thesys Technologies LLC
Attn: Mike Beller
 1325 Avenue of the Americas, 28th Floor
New York, NY 10019

Tower Research Capital LLC
c/o CT Corporation System, as Registered Agent
28 Liberty St.
New York, NY 10005

Tower Research Capital LLC
Attn: Kevin Donohue
377 Broadway # 11
New York, NY 10013

Tradebot Systems, Inc.
c/o CSC-Lawyers Incorporating Service Company, as Registered Agent
221 Bolivar St.
Jefferson City, MO 65101

Tradebot Systems, Inc.
Attn: Benton Chan
 1251 NW Briarcliff Parkway, Suite 700
Kansas City, MO 64116

Trillium Trading LLC
c/o Corporation Service Company, as Registered Agent
251 Little Falls Drive
Wilmington, DE 19808

Trillium Trading LLC
Attn: Barry Schwarz
417 5th Avenue, 6th Floor
New York, NY 10016

VA Management LP a/k/a Visium Asset Management LP
c/o Corporation Service Company, as Registered Agent
251 Little Falls Drive
Wilmington, DE 19808

VA Management LP a/k/a Visium Asset Management LP
Attn: Mark Gottlieb, Authorized Signatory for JG Asset, LLC, its General Partner
888 Seventh Avenue - 22nd Floor
New York, NY 10019

William Blair & Company LLC
c/o The Corporation Trust Company, as Registered Agent
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

William Blair & Company LLC
c/o CT Corporation System, as Registered Agent
28 Liberty St.
New York, NY 10005

William Blair & Company LLC
Attn: Brent Gledhill, as CEO
The William Blair Building
150 North Riverside Plaza
Chicago, IL 60606

XTX Markets LLC
c/o CT Corporation System, as Registered Agent
28 Liberty St.
New York, NY 10005

XTX Markets LLC
Attn: Eric Swanson
50 Hudson Yards, 64th Floor
New York, NY 10001

Citadel Securities LLC
c/o The Corporation Trust Company, as Registered Agent
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

Citadel Securities LLC
c/o CT Corporation System, as Registered Agent
28 Liberty Street
New York, NY 10005

Citadel Securities LLC
Heath Tarbert, as CLO
Southeast Financial Center
200 S. Biscayne Blvd.
Miami, FL 33131