# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| MALLINCKRODT PLC, *et al.*, | Case No. 20-12522 (JTD) |
| Reorganized Debtors. | Jointly Administered |
| OPIOID MASTER DISBURSEMENT TRUST II, |  |
| Plaintiff, | Adv. Pro. No. 22-50435 (JTD) |
| v. |  |
| ARGOS CAPITAL, *et al.*, |  |
| Defendants. |  |

## BANKRUPTCY RULE 7007.1 CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1, Simplex Trading LLC ("Simplex Trading"), by and through its undersigned counsel, hereby states as follows:

The parent corporation of Simplex Trading is Simplex Holdings, LLC.

No publicly-held corporation owns more than ten percent of Simplex Trading's equity interests.

*[The Remainder of This Page was Intentionally Left Blank]*

Dated: December 20, 2022 Respectfully submitted,

    */s/ Andrew L. Brown*
Jeremy W. Ryan (No. 4057)
Andrew L. Brown (No. 6766)
**POTTER ANDERSON & CORROON LLP**
1313 North Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone:    (302) 984-6000
Facsimile:    (302) 658-1192
Email: jryan@potteranderson.com
        abrown@potteranderson.com

-and-

Peter A. Siddiqui (admitted *pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe Street
Chicago, IL 60661
Telephone: (312) 902-5200
Facsimile: (312) 902-1061
peter.siddiqui@katten.com

Julia M. Winters (admitted *pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
50 Rockefeller Plaza
New York, NY 10020
Telephone: (212) 940-8800
Facsimile: (212) 940-8776
jwinters@katten.com

*Counsel for Simplex Trading LLC*