# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br>MALLINCKRODT PLC, *et al.*,<br>        Reorganized Debtors. | Chapter 11<br>Case No. 20-12522 (JTD)<br>(Jointly Administered) |
| OPIOID MASTER DISBURSEMENT TRUST II,<br>        Plaintiff,<br>    v.<br>ARGOS CAPITAL APPRECIATION MASTER FUND LP, *et al.*,[1]<br>        Defendants. | Adv. Proc. No. 22-50435 (JTD) |

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the Complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of service of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

        Address of Clerk:

              824 North Market Street, 3rd Floor
              Wilmington, DE 19801

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorneys.

| COLE SCHOTZ P.C.<br>Justin R. Alberto, Esquire<br>Patrick J. Reilley, Esquire<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801 | COLE SCHOTZ P.C.<br>Seth Van Aalten, Esquire<br>Anthony De Leo, Esquire<br>1325 Avenue of the Americas, 19th Floor<br>New York, NY 10019 |
|---|---|

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address: U.S. Bankruptcy Court<br>         824 N. Market Street<br>         Wilmington, DE 19801 | Room: 5th Floor, Courtroom No. 5<br><br>Date and Time: February 28, 2023 at 1:00 p.m. (ET) |
|---|---|

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy Court for the District of Delaware**

                                                                                 */s/ Una O'Boyle*
                                                                                  *Clerk of the Bankruptcy Court*

Date: December 27, 2022

---

[1] A complete list of the Defendants is set forth in the caption of the *Complaint* [Adv. Pro. DI 1].
64757/0001-44302350v1