| First Name | Last Name | Party Representing | Firm Name | | |
|---|---|---|---|---|---|
| Justin | Alberto | Interested Party | Cole Schotz P.C. | | |
| Anthony | De Leo | Interested Party | Cole Schotz P.C. | | |
| Steven | Klepper | Interested Party | Cole Schotz P.C. | | |
| Conor | McMullan | Interested Party | Cole Schotz P.C. | | |
| Ian | Silverbrand | N/A | | | |
| victoria | feldshteyn | n/a | | | |
| gautam | dhingra | n/a | | | |
| Paulina | Piasecki | Engineers Gate | SRZ | | |
| Howard | Robertson IV | Paulson & Co. Inc. & Consonance Cap | Landis Rath & Cobb LLP | | |
| Gaitana | Jaramillo | n/a | Reorg Research | | |
| Richard | Cobb | Paulson & Co. Inc. & Consonance Cap | Landis Rath & Cobb LLP | | |
| Patrick | Jackson | Thesys | Fagre Drinker Biddle & Reath LLP | | |
| Noah | Levine | Certain Defendants | WilmerHale | | |
| Melissa | Boey | Deutsche Bank AG ; Merrill Lynch, Pi | Morgan, Lewis & Bockius LLP | | |
| Jamie | Edmonson | Trustee of the General Unsecured Cl | Robinson+Cole LLP | | |
| Katharina | Earle | Thesys | Faegre Drinker Biddle & Reath LLP | | |
| Ericka | Johnson | Quantlab Securities LP and Quantlab | Womble Bond Dickinson (US) LLP | | |
| Ethan | Trotz | Defendant | Katten Muchin Rosenman LLP | | |
| Michael | Sabino | non-party observer | Sidley Austin LLP | | |
| Mitchell | Sussman | Cowen and Company, LLC | Cowen and Company, LLC | | |
| Matthew | Gold | Counsel for Paulson & Co. Inc. and Co | KLEINBERG, KAPLAN, WOLFF & COHEN, P.C. | | |
| Joshua | Bromberg | Counsel for Paulson & Co. Inc. and Co | KLEINBERG, KAPLAN, WOLFF & COHEN, P.C. | | |
| Julia | Winters | Certain defendants | Katten Muchin Rosenman LLP | | |
| Jacob | Herz | XTX Markets LLC | Allen Overy | | |
| Daniel | Guyder | XTX Markets LLC | Allen Overy | | |
| Justin | Ormand | XTX Markets LLC | Allen Overy | | |
| Bradley | Pensyl | XTX Markets LLC | Allen Overy | | |
| Paige | Topper | XTX Markets LLC | Morris Nichols | | |
| Grant | Dick | Glenridge | Cooch and Taylor P.A. | | |
| Steven | Pohl | Plaintiff | Brown Rudnick | | |
| Jennifer | Hoover | Moore Capital Management, LP | Benesch, Friedlander, Coplan & Aronoff LLP | | |
| Christina | Chianese | Moore Capital Management, LP | Sidley Austin LLP | | |
| Danica | Brown | Moore Capital Management, LP | Sidley Austin LLP | | |
| Anna Lee | Whisenant | Blackstone Senfina Advisors LLC | Davis Polk & Wardwell LLP | | |
| Elliot | Moskowitz | Blackstone Senfina Advisors LLC | Davis Polk & Wardwell LLP | | |
| Erica | Weisgerber | Appreciation Master Fund LP | Debevoise & Plimpton LLP | | |
| Ephraim | Gildor | Argos | | | |
| richard | asche | Clear Street Marketing | Litman, Asche & Gioiella, LLP | | |
| Kyle | Halbleib | State of Indiana | Indiana Attorney General's Office | | |
| Anthony | Clark | J.P. Morgan Securities LLC | Greenberg Traurig LLP | | |
| Martin | Geagan | Lion Cave Capital LLC; Trillium Tradin | Winston & Strawn LLP | | |
| Rochelle | Guiton | Plaintiff | D. Miller & Associates, PLLC | | |
| Jabriska | Cotton | Plaintiff | D.Miller& Associates, PLLC | | |
| Gabrielle | Becker | Plaintiff | D. Miller & Associates, PLLC | | |
| Jacob | Morton | Carlson Capital, L.P. | Holland & Knight LLP | | |
| Roger | Frankel | Legal Representative for Future Claim | Frankel Wyron LLP | | |

| First | Last | Party | Firm |
|---|---|---|---|
| Rick | Wyron | Legal Representative for Future Claim | Frankel Wyron LLP |
| Jim | Patton | Legal Representative for Future Claim | Young Conaway Stargatt & Taylor, LLP |
| Christophe | Clemson | Squarepoint Ops LLC | Gordon, Fournaris & Mammarella, P.A. |
| Aaron | McCollough | Quantitative Investment Management | McGuireWoods LLP |
| Peter | Riggs | Tradebot Systems Inc. | Spencer Fane LLP |
| Daniel | Winter | Virtu Americas LLC | Paul, Weiss |
| Ronald | Gellert | Tradebots Systems Inc. | |
| Florian | Nagy | Virtu Financial | Paul, Weiss, Rifkind, Wharton & Garrison |
| Lowell | Finson | Plaintiff | Finson Law Firm |
| Jacob | Englander | Squarepoint Ops, LLC | Lazare Potter Giacovas & Moyle LLP |
| Jessica | Magee | Carlson Capital, L.P. | Holland & Knight |
| Steve | Levitt | Carlson Capital, L.P. | Holland & Knight |
| William | Clareman | Virtu Financial | Paul, Weiss, Rifkind, Wharton & Garrison |
| Taylor | Harrison | Debtwire | |
| Philip | Anker | Defendants | WilmerHale |
| Ross | Firsenbaum | Defendants | WilmerHale |
| Mike | McGuinness | Defendants | WilmerHale |
| Austin | Chavez | Defendants | WilmerHale |
| Michael | Merchant | Reorganized Debtors | Richards, Layton & Finger, P.A. |
| Amanda | Steele | Reorganized Debtors | Richards, Layton & Finger, P.A. |
| Judge | Dorsey | U.S. Bankruptcy Judge | |
| Jacob | Lang | Liberty Mutual | |
| Andrew | BRown | Barclays | |
| Laura | Haney | Court | |
| Kevin | Eckhardt | n/a | Reorg Research |
| Becky | Yerak | Wall Street Journal | News Corp |
| Robert | Radasevich | William Blair & Company LLC | Neal, Gerber & Eisenberg LLP |
| Darrel | Edelman | Shareholder | |
| Joseph | Davis | Goldman Sachs; JPMorganChase | Greenberg Traurig, LLP |