### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MALLINCKRODT PLC, *et al.*, | : | Case No. 20-12522 (JTD) |
| | : | |
| Reorganized Debtors. | : | (Jointly Administered) |
| | : | |
| | : | |
| OPIOID MASTER DISBURSEMENT TRUST II, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| ARGOS CAPITAL APPRECIATION MASTER | : | |
| FUND LP, *et al.*, | : | No. 22-50435 (JTD) |
| | : | |
| Defendants. | : | |
| | : | |

### NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that, in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7041, Plaintiff, the Opioid Master Disbursement Trust II, hereby dismisses with prejudice all claims against Korea Investment Corporation that are set forth in the Complaint in the above-captioned Adversary Proceeding, with the parties to bear their own costs and expenses, including, without limitation, attorneys' fees.  This Notice pertains to only Korea Investment Corporation, and the claims set forth in the Complaint against all other Defendants are unaffected by this Notice and remain pending, unless separately noticed for dismissal.

64757/0001-45120417v2

Dated: May 2, 2023
Wilmington, Delaware

Respectfully submitted,

**COLE SCHOTZ P.C.**
*/s/ Justin R. Alberto*
Justin R. Alberto (No. 5126)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
jalberto@coleschotz.com
preilley@coleschotz.com

Seth Van Aalten (admitted *pro hac vice)*
Anthony De Leo (admitted *pro hac vice)*
1325 Avenue of the Americas, 19th Floor
New York, NY 10019
Telephone: (212) 752-8000
Facsimile: (212) 752-8393
svanaalten@coleschotz.com
adeleo@coleschotz.com

*Counsel to the Opioid Master Disbursement Trust II*

64757/0001-45120417v2