**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MALLINCKRODT PLC, | Case No. 20-12522 (JTD) |
| Reorganized Debtor.[1] | |
| OPIOID MASTER DISBURSEMENT TRUST II, | |
| Plaintiff, | |
| v. | Adv. No. 22-50435 (JTD) |
| BARCLAYS CAPITAL INC.; BEC CAPITAL LLC; BLACKROCK FINANCIAL MANAGEMENT INC.; BLACKROCK INC.; BLACKROCK INSTITUTIONAL TRUST COMPANY, N.A. (UK BRANCH); BLACKROCK INTERNATIONAL LIMITED; BLACKROCK INVESTMENT MANAGEMENT LLC; BLUE RIDGE CAPITAL HOLDINGS LLC; BLUE RIDGE CAPITAL LLC; BNP PARIBAS ARBITRAGE SNC, CAPITAL FUND MANAGEMENT SA; CAPITAL GROWTH MANAGEMENT LIMITED PARTNERSHIP CGM MUTUAL FUND; CGM FOCUS FUND; CARLSON CAPITAL LP; CHIMERA SECURITIES LLC; CITADEL SECURITIES LLC; CUBIST CORE INVESTMENTS, L.P.; CUBIST SHORT HORIZON INVESTMENTS I, L.P.; CUBIST SYSTEMATIC INVESTMENTS II, L.P.; CUBIST SYSTEMATIC INVESTMENTS L.P.; D.E. SHAW ASYMPTOTE PORTFOLIOS LLC; D.E. SHAW VALENCE PORTFOLIOS LLC; DEUTSCHE BANK AG; EG MARKET TECHNOLOGIES LLC; ENGINEERS GATE MANAGER LP; EVERPOINT ASSOCIATES LLC; G1 EXECUTION SERVICES LLC; GF TRADING LLC, GOLDMAN SACHS & CO. LLC; GOLDMAN SACHS INVESTMENT PARTNERS – GSAM A/K/A GOLDMAN | |

---

[1] The Reorganized Debtor in this chapter 11 case is Mallinckrodt plc. On May 3, 2023, the Court entered an order closing the chapter 11 cases of the Reorganized Debtor's debtor affiliates. A complete list of the debtor affiliates in these Chapter 11 cases may be obtained on the website of the Reorganized Debtor's claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtor's mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

SACHS ASSET MANAGEMENT, L.P.; GTS SECURITIES LLC; HEALTHCOR MANAGEMENT LP; HRT EXECUTION SERVICES LLC; HRT EXECUTION SERVICES LLC A/K/A SUN TRADING LLC; HRT FINANCIAL LLC; HRT FINANCIAL LP; INTEGRATED ASSETS II LLC; INTEGRATED ASSETS LTD.; INTEGRATED CORE STRATEGIES (US) LLC; JANE STREET CAPITAL LLC; JUMP TRADING LLC; KCG AMERICAS LLC; LATOUR TRADING LLC, LION CAVE CAPITAL LLC; LION CAVE MANAGEMENT LLC; MORGAN STANLEY; MORGAN STANLEY CAPITAL SERVICES LLC; PALOMINO LIMITED; PARTNER FUND MANAGEMENT LP; PAULSON & CO., INC.; PDT PARTNERS PORTFOLIO I, LLC; PDT PARTNERS PORTFOLIO II, LLC; PDT PARTNERS, LLC; PFM HEALTH SCIENCES L.P. A/K/A PARTNER FUND MANAGEMENT LP; PFM HEALTHCARE EMERGING GROWTH MASTER FUND, L.P.; PFM HEALTHCARE OPPORTUNITIES MASTER FUND, L.P.; PFM THEMATIC GROWTH INSTITUTIONAL MASTER FUND, L.P.; PFM THEMATIC GROWTH MASTER FUND, L.P.; PFM THERAPEUTICS MASTER FUND, L.P. F/K/A ONCOLOGY OPPORTUNITIES MASTER FUND, L.P.; PFM THEMATIC GROWTH PRINCIPALS FUND, L.P.; PFM HEALTHCARE MASTER FUND L.P.; PFM LIQUIDATING SIDEPOCKET FUND, L.P., POINT72 ASSOCIATES, LLC; POINT72 SELECT INVESTMENTS; QUANTBOT MANAGEMENT MASTER FUND SPC LTD; QUANTLAB TRADING PARTNERS U.S., L.P. A/K/A QUANTLAB SECURITIES, LP A/K/A QUANTLAB TRADING PARTNERS, L.P.; RESILIENT CAPITAL LLP, RGM SECURITIES LLC; RIEF RMP LLC; RIEF TRADING LLC; ROCK CREEK MB LLC; SG AMERICAS SECURITIES; SIMPLEX TRADING LLC; SPIREX TRADING LLC; SQUAREPOINT OPS LLC; SUSQUEHANNA SECURITIES LLC; T. ROWE PRICE ASSOCIATES, INC.; T. ROWE PRICE ALL-CAP OPPORTUNITIES FUND, INC.; T. ROWE BALANCED FUND, INC.; T. ROWE PRICE ALL-CAP OPPORTUNITIES PORTFOLIO, AS SERIES OF T. ROWE EQUITY SERIES, INC.; T. ROWE PRICE HEALTH SCIENCES PORTFOLIO, A SERIES OF T. ROWE PRICE EQUITY SERIES, INC.; T. ROWE PRICE EQUITY INDEX 500 PORTFOLIO, A SERIES OF T. ROWE PRICE EQUITY SERIES, INC.; T. ROWE PRICE

MODERATE ALLOCATION PORTFOLIO, A SERIES OF T. ROWE PRICE EQUITY SERIES, INC.; T ROWE PRICE GLOBAL ALLOCATION FUND, INC.; T. ROWE PRICE HEALTH SCIENCES FUND, INC.; T. ROWE PRICE HEALTH SCIENCES PORTFOLIO; T. ROWE PRICE SPECTRUM CONSERVATIVE ALLOCATION FUND, A SERIES OF T. ROWE PRICE SPECTRUM FUNDS II, INC.; T. ROWE PRICE SPECTRUM MODERATE ALLOCATION FUND; T. ROWE PRICE SPECTRUM MODERATE GROWTH ALLOCATION FUND, A SERIES OF T. ROWE PRICE SPECTRUM FUNDS II, INC.; T. ROWE PRICE U.S. VALUE EQUITY TRUST; T. ROWE PRICE VALUE FUND, INC.; TEWKSBURY INVESTMENT FUND LTD; THESYS TECHNOLOGIES LLC, TOWER RESEARCH CAPITAL LLC, TRADEBOT SYSTEMS, INC.; TWO SIGMA INVESTMENTS LP; TWO SIGMA SECURITIES; VIRTU AMERICAS LLC A/K/A VIRTU FINANCIAL BD; XTX MARKETS LLC; AND JOHN DOE DEFENDANTS,

    Defendants.

**NOTICE OF COMPLETION OF BRIEFING REGARDING FOURTH MOTION OF THE OPIOID MASTER DISBURSEMENT TRUST II FOR ENTRY OF AN ORDER FURTHER ENLARGING THE TIME TO EFFECTUATE SERVICE OF PROCESS**

PLEASE TAKE NOTICE THAT briefing is complete on the *Fourth Motion of the Opioid Master Disbursement Trust II for Entry of an Order Further Enlarging the Time to Effectuate Service of Process* [Adv. D.I. 199] (the "**Motion**") filed by Plaintiff Opioid Master Disbursement Trust II (the "**Trust**") on September 29, 2023. Pursuant to Rule 7007-4 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), the Trust advises the Court that the following pleadings are relevant to the Motion:

3

1. *Fourth Motion of the Opioid Master Disbursement Trust II for Entry of an Order Further Enlarging the Time to Effectuate Service of Process* [Adv. D.I. 199], filed on September 29, 2023;

2. *Various Defendants' Objection to the Fourth Motion of the Opioid Master Disbursement Trust II for Entry of an Order Further Enlarging the Time to Effectuate Service of Process* [Adv. D.I. 202], filed on October 13, 2023;

3. *Declaration of Ross E. Firsenbaum in Support of Various Defendants' Objection to the Fourth Motion of the Opioid Master Disbursement Trust II for Entry of an Order Further Enlarging the Time to Effectuate Service of Process* [Adv. D.I. 203], filed on October 13, 2023;

4. *Reply in Support of Plaintiff's Fourth Motion to Further Enlarge the Time to Effectuate Service of Process* [Adv. D.I. 204], filed on October 20, 2023; and

5. *Request for Oral Argument* [Adv. D.I. 206], filed on October 26, 2023.

The Motion is fully briefed and is ready for decision by the Court.

| | |
|---|---|
| Dated: October 27, 2023<br>Wilmington, Delaware | **COLE SCHOTZ P.C.**<br><br>*/s/ Justin R. Alberto*<br>Justin R. Alberto (No. 5126)<br>Patrick J. Reilley (No. 4451)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Telephone: (302) 652-3131<br>Facsimile: (302) 652-3117<br>jalberto@coleschotz.com<br>preilley@coleschotz.com<br><br>Seth Van Aalten (admitted *pro hac vice)*<br>Anthony De Leo (admitted *pro hac vice)*<br>1325 Avenue of the Americas<br>19th Floor<br>New York, NY 10019<br>Telephone: (212) 752-8000<br>Facsimile: (212) 752-8393<br>svanaalten@coleschotz.com<br>adeleo@coleschotz.com<br><br>*Co-Counsel to the Opioid Master Disbursement Trust II* |