# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MALLINCKRODT PLC, *et al.*, | : | Case No. 20-12522 (JTD) |
| | : | |
| Reorganized Debtors. | : | (Jointly Administered) |
| | : | |
| OPIOID MASTER DISBURSEMENT TRUST II, | : | Adversary Proceeding |
| | : | |
| Plaintiff, | : | No. 22-50435 (JTD) |
| | : | |
| v. | : | |
| | : | |
| ARGOS CAPITAL APPRECIATION MASTER FUND LP, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**SCHEDULING ORDER REGARDING THE
MOTIONS TO DISMISS THE AMENDED COMPLAINT
AS TO DEFENDANTS CITADEL SECURITIES LLC, SUSQUEHANNA
SECURITIES, LLC, T. ROWE PRICE ASSOCIATES, INC., AND VARIOUS T. ROWE
PRICE FUNDS PURSUANT TO THE PROTOCOL ORDER RELATING TO
CONDUITS, NON-TRANSFEREES, "STOCKBROKERS," "FINANCIAL
INSTITUTIONS," "FINANCIAL PARTICIPANTS," AND DISSOLVED ENTITIES**

This scheduling order shall apply to the *Motion to Dismiss the Amended Complaint as to Defendants Citadel Securities LLC and Susquehanna Securities, LLC Pursuant to the Protocol Order Relating to Conduits, Non-Transferees, "Stockbrokers," "Financial Institutions," "Financial Participants," and Dissolved Entities* [D.I. 215] and the *Motion to Dismiss the Amended Complaint as to Defendants T. Rowe Price Associates, Inc. and Various T. Rowe Price Funds Pursuant to the Protocol Order Relating to Conduits, Non-Transferees, "Stockbrokers," "Financial Institutions," "Financial Participants," and Dissolved Entities* [D.I. 217] (the "Protocol-Based Motions").

1

**IT IS HEREBY ORDERED** that:

1. The time within which the Plaintiff may respond to the Protocol-Based Motions is hereby extended to and including **January 19, 2024**.

2. The Defendants' reply is due on or before **February 20, 2024**.

3. A hearing on the Protocol-Based Motions is set for **March 5, 2024, at 10:00 a.m. (ET)**.

Dated: December 21st, 2023
Wilmington, Delaware

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE