# EXHIBIT A

**[Proposed Order]**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| MALLINCKRODT PLC, | : | Case No. 20-12522 (JTD) |
| Reorganized Debtor.[1] | : | |
| OPIOID MASTER DISBURSEMENT TRUST II, | : | |
| Plaintiff, | : | |
| vs. | : | Adversary Proceeding No. 22-50435 (JTD) |
| ARGOS CAPITAL APPRECIATION MASTER FUND LP, *et al.*, | : | |
| Defendants. | : | |

## ORDER

Upon consideration of the motion ("**Motion**")[2] of the Opioid Master Disbursement Trust II ("**Trust**") for entry of an Order granting leave to serve limited interrogatories on Defendants; and the Court having found that (1) the Court has jurisdiction for purposes of entering this Order under 28 U.S.C. §§ 157(a) and 1334(b), (2) venue in this district for purposes of entering this Order is proper under 28 U.S.C. § 1409, (3) notice of the Motion was sufficient under the circumstances, and no other or further notice is necessary or required, and (4) granting the relief sought in the Motion (i) is fair and reasonable, (ii) is consistent with the Bankruptcy Code, the Bankruptcy

---

[1] The Reorganized Debtor in this chapter 11 case is Mallinckrodt plc ("**Mallinckrodt**"). On May 3, 2023, the Court closed the chapter 11 cases of the Reorganized Debtor's debtor-affiliates (collectively, "**Debtors**"). A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtor's claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtor's mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

Rules, and the local rules of this Court, (iii) will not be prejudicial to Defendants in this Proceeding, and (iv) is appropriate under the circumstances; and the Court having determined that good cause exists for the relief granted herein;

**IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED** as set forth below.

2. The Trust is hereby granted leave to serve on Defendants interrogatories that are substantially in the form attached to the Motion as **Exhibit B**.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. The Trust is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

5. The Court shall retain jurisdiction over all matters arising from or related to the interpretation, implementation, or enforcement of this Order.