# EXHIBIT C

**[September 29, 2022 Email]**

**From:** Aleah Borghard <Aleah.Borghard@citadelsecurities.com>
**Sent:** Thursday, September 29, 2022 6:13 PM
**To:** De Leo, Anthony <ADeLeo@coleschotz.com>
**Cc:** Alberto, Justin <JAlberto@coleschotz.com>; Strom, Peter <PStrom@coleschotz.com>
**Subject:** RE: [EXTERNAL] MLNK - Citadel Call

**CAUTION:** External Message

Anthony,

As discussed in our call on September 2, 2022, we do not have end customer information for orders from our broker-dealer clients, which is why the production does not contain shareholder information for all of the executions in our production. As further discussed on the call, for those trades, to obtain the shareholder information, you would need to contact the relevant broker-dealer client. Regarding the trades identified in the spreadsheet you attached to your email, Citadel Securities sold on its own behalf.

For data protection purposes, we provided the data by secure file transfer, and used a password protected file. We similarly request that any communications involving Citadel Securities data or information use files that are password protected.

Thank you,
Aleah