IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MALLINCKRODT PLC, *et al.*,<br><br>        Reorganized Debtors. | Chapter 11<br><br>Case No. 20-12522 (JTD)<br><br>(Jointly Administered) |
| OPIOID MASTER DISBURSEMENT TRUST II,<br><br>        Plaintiff,<br><br>v.<br><br>ARGOS CAPITAL APPRECIATION MASTER FUND LP, *et al.*,<br><br>        Defendants. | Adversary Proceeding<br><br>No. 22-50435 (JTD) |

## AMENDED CERTIFICATE OF SERVICE

      I, Sabrina M. Hendershot, hereby certify that on July 26, 2024, a true and correct copy of the following documents were served upon the parties listed on **Exhibit A**, in the manner indicated.

- *Defendant Virtu Americas LLC's Opening Brief in Support of Its Motion to Dismiss Pursuant to the Protocol Order Relation to Conduits, Non-Transferees, "Stockbrokers," "Financial Institutions," "Financial Participants," and Dissolved Entities* **[SEALED]** [Docket No. 439]*; and*

- *Exhibits D, E, F to Declaration of Sabrina M. Hendershot in Support of Defendant Virtu Americas LLC's Motion to Dismiss Pursuant to the Protocol Order Relation to Conduits, Non-Transferees, "Stockbrokers," "Financial Institutions," "Financial Participants," and Dissolved Entities* **[SEALED]** [Docket No. 441].

      I further certify that on July 26, 2024, a true and correct copy of the following documents were served upon the parties that are registered to receive notice via the Court's CM/ECF notification system, as well as upon the parties listed on **Exhibit B**, in the manner indicated.

- *Defendant Virtu Americas LLC's Motion to Dismiss Pursuant to the Protocol Order Relation to Conduits, Non-Transferees, "Stockbrokers," "Financial Institutions," "Financial Participants," and Dissolved Entities* [Docket No. 438]; and

- *Declaration of Sabrina M. Hendershot in Support of Defendant Virtu Americas LLC's Motion to Dismiss Pursuant to the Protocol Order Relation to Conduits, Non-Transferees, "Stockbrokers," "Financial Institutions," "Financial Participants," and Dissolved Entities* **(with Exhibits A, B, C ONLY)** [Docket No. 440].

I further certify that on July 29, 2024, a true and correct copy of the following documents were served upon the parties that are registered to receive notice via the Court's CM/ECF notification system, as well as upon the parties listed on **Exhibit C**, in the manner indicated.

- *Defendant Virtu Americas LLC's Motion to Dismiss Pursuant to the Protocol Order Relation to Conduits, Non-Transferees, "Stockbrokers," "Financial Institutions," "Financial Participants," and Dissolved Entities* [Docket No. 438]; and

- *Declaration of Sabrina M. Hendershot in Support of Defendant Virtu Americas LLC's Motion to Dismiss Pursuant to the Protocol Order Relation to Conduits, Non-Transferees, "Stockbrokers," "Financial Institutions," "Financial Participants," and Dissolved Entities* **(with Exhibits A, B, C ONLY)** [Docket No. 440].

Dated:  July 31, 2024
 Wilmington, Delaware

                                               Respectfully submitted,

                                               **PAUL, WEISS, RIFKIND,**
                                                  **WHARTON & GARRISON LLP**

                                             /s/ *Sabrina M. Hendershot*
                                              Sabrina M. Hendershot

**Exhibit A**

**Served By Electronic Mail:**

Justin R. Alberto
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Email: jalberto@coleschotz.com

Nathaniel M. Brose
Caplin & Drysdale, Chartered
One Thomas Circle NW, Suite 1100
Washington, DC 20005
Email: nbrose@capdale.com

**Exhibit B**

**Served By Electronic Mail:**

| | |
|---|---|
| abrown@potteranderson.com | michael.keats@friedfrank.com |
| achase@spencerfane.com | mike.mcguinness@wilmerhale.com |
| alison.holdway@gtlaw.com | mkramer@rksllp.com |
| amccollough@mcguirewoods.com | mtremonte@shertremonte.com |
| Anthony.Clark@gtlaw.com | nakisha.duncan@morganlewis.com |
| aroth-moore@coleschotz.com | noah.levine@wilmerhale.com |
| bcleary@potteranderson.com | paige.topper@saul.com |
| Bradley.Pensyl@AllenOvery.com | priggs@spencerfane.com |
| cclemson@gfmlaw.com | peter.siddiqui@katten.com |
| chipman@chipmanbrown.com | pgiordano@gfmlaw.com |
| cmiller@morrisnichols.com | philip.anker@wilmerhale.com |
| corporate.secretary@mnk.com | rbodnar@rksllp.com |
| daniel.guyder@allenovery.com | rgellert@gsbblaw.com |
| davisjo@gtlaw.com | richardasche@lagnyc.com |
| dfietze@cgmstaff.com | ross.firsenbaum@wimlerhale.com |
| eweisgerber@debevoise.com | ryan@potteranderson.com |
| ericka.johnson@wbd-us.com | scarnes@coleschotz.com |
| estone@foley.com | steven.levitt@hklaw.com |
| gayle.klein@srz.com | svanaalten@coleschotz.com |
| jalberto@coleschotz.com | yoskowitz@sewkis.com |
| jane.m.leamy@usdoj.gov | bill.gussman@srz.com |
| jared.weir@gtlaw.com | nbrose@capdale.com |
| jenglander@lpgmlaw.com | austin.chavez@wilmerhale.com |
| jgoodchild@morganlewis.com | michaelbarlow@quinnemanuel.com |
| jody.barillare@morganlewis.com | benjaminfinestone@quinnemanuel.com |
| john.goodchild@morganlewis.com | peterfountain@quinnemanuel.com |
| john.pickford@sig.com | christopherkercher@quinnemanuel.com |
| joshua.dorchak@morganlewis.com | jbromberg@kkwc.com |
| jryan@potteranderson.com | mgold@kkwc.com |
| julia.frost-davies@morganlewis.com | gfinizio@bayardlaw.com |
| Justin.Ormand@AllenOvery.com | Patrick.jackson@faegredrinker.com |
| jwinters@katten.com | csmefiling@mnat.com |
| kelsey.bomar@morganlewis.com | rgorelick@aquamarinemanagement.com |
| khaughton@cgmstaff.com | lraiford@jenner.com |
| mconway@lpgmlaw.com | sunil.samani@xtxmarkets.com |
| melissa.boey@morganlewis.com | |
| melorod@gtlaw.com | |
| mgeagan@winston.com | |
| abenintendi@kkwc.com | |
| robertson@lrclaw.com | |
| cobb@lrclaw.com | |

**Exhibit C**

**Served By U.S. First Class Mail**

BEC Capital LLC
Attn: Nir Ronen, Managing Member
3422 Old Capitol Trail #438
Wilmington, DE 19808

BEC Capital LLC
c/o VCORP Services, LLC
108 W. 13th Street, Suite 100
Wilmington, DE 19801

Blue Ridge Capital Holdings LLC
c/o Blue Ridge Capital Ventures, LLC,
as Registered Agent
2 Blue Hill Plaza, Lobby Level
Pearl River, NY 10964

Blue Ridge Capital Holdings LLC
Attn: Homer Smith
120 White Plains Road, Suite 500
Tarrytown, NY 10591

Blue Ridge Capital Holdings LLC
Attn: John Griffin, Managing Member
660 Madison Ave, Ste 2025
New York, NY 10065

Blue Ridge Capital Holdings LLC
c/o Terrance J. O'Malley
2967 Grandview Avenue
Atlanta, GA 30305-3213

Blue Ridge Capital Holdings LLC
c/o Terrance J. O'Malley
300 N. Greene St. Ste 2100
Greensboro, NC 27401-2181

BNP Paribas Arbitrage SNC
c/o BNP Paribas AXA
Equitable Building
787 7th Ave
New York, NY 10019

Capital Growth Management Limited Partnership
Attn: G. Kenneth Heebner, President
1 International Place, Fl 45
Boston, MA 02110

Capital Growth Management Limited Partnership
c/o Kenbob, Inc.
1 International Place, Fl 45
Boston, MA 02110

EG Market Technologies LLC
Attn: Robert Glass, CFO
55 Hudson Yards, FL 29
New York, NY 10001

EG Market Technologies LLC
767 5th Avenue, 45th Floor
New York, NY 10153

EG Market Technologies LLC
Attn: John Lappington as President
575 5th Avenue, 14th FLOOR
New York, NY 10017

EG Market Technologies LLC
c/o The Corporation Trust Company, as Registered Agent
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

KCG Americas LLC
Attn: Richard Emmet, Managing Director
250 Vesey St, FL 5
New York, NY 10281

KCG Americas LLC
c/o Virtu Americas LLC
Attn: Matthew Levine, Chief Compliance Officer
101 John F Kennedy Parkway
Short Hills, NJ 07078

KCG Americas LLC
c/o Virtu Americas LLC
Attn: Justin Waldie, General Counsel
1633 Broadway, 41st Floor
New York, NY 10019

KCG Americas LLC
c/o Virtu Americas LLC
Attn: Matthew Levine, Chief Compliance Officer
1633 Broadway, 41st Floor
New York, NY 10019

Quantbot Management Master Fund SPC LTD
Attn: Debra Wisdom -Spielfogel, General Counsel & Michael Botlo
505 5th Ave, FL 6
New York, NY 10017-4921

Quantbot Management Master Fund SPC LTD.c/o Corporation Service Company, as Registered Agent
251 Little Falls Drive
Wilmington, DE 19808

SG Americas Securities, LLC
Attn: Laura Schisgall, General Counsel
245 Park Avenue
New York, NY 10167

SG Americas Securities, LLC
c/o CT Corporation System
28 Liberty St.
New York, NY 10005

SG Americas Securities, LLC
c/o CT Corporation System
4400 Easton Commons Way, Suite 125
Columbus, OH 43219

SG Americas Securities, LLC
c/o CT Corporation System, as Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Tewksbury Investment Fund Ltd
c/o Stevens Capital Management LP
Attn: Matthew S. Tewksbury, Executive Officer
Stevens Capital Management LP
201 King of Prussia Road, Suite 400
Radnor, PA 19087

Tewksbury Investment Fund Ltd
Attn: Matthew S. Tewksbury, Executive Officer
Stevens Capital Management LP
201 King of Prussia Road, Suite 400
Radnor, PA 19087

Carlson Capital LP
Attn: Clint Carlson
2100 McKinney Ave Ste. 1800
Dallas, TX 75201

Carlson Capital LP
Corporation Service Company, as
Registered Agent
P.O. Box 14677
Lexington, KY 40512-4677

Chester Drive Capital LP
1350 Avenue of the Americas, 3rd Floor
New York, NY 10019

Chester Drive Capital LP
c/o Corporation Service Company,
as Registered Agent
251 Little Falls Drive
Wilmington, DE 19808

Chimera Securities LLC
27 Union Square W, FL 4
New York, NY 10003

Healthcor Management LP
55 Hudson Yards, FL 28
New York, NY 10001

Hehmeyer LLC
3719 Spring Rd.
Oak Brook, IL 60523

Hehmeyer LLC
c/o CT Corporation System,
as Registered Agent
28 Liberty Street
New York, NY 10005

| | |
|---|---|
| Hehmeyer LLC<br>The Corporation Trust Company,<br>as Registered Agent<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 10901 | Lion Cave Capital LLC<br>417 Fifth Ave, FL 6<br>New York, NY 10016 |
| Lion Cave Management LLC<br>417 Fifth Ave, FL 6<br>New York, NY 10016 | Quantlab Securities LP<br>3 Greenway Plaza, STE 200<br>Houston, TX 77046 |
| Quantlab Trading Partners US LP<br>3 Greenway Plaza, STE 200<br>Houston, TX 77046 | Tewksbury Investment Fund Ltd<br>73 Front St, Fl 3<br>Hamilton HM 12<br>BERMUDA |
| BNP Paribas Arbitrage SNC<br>Attn: Jean-Laurent Bonnafe, CEO<br>1 Rue Laffitte<br>Paris 75009<br>FRANCE | |