## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MALLINCKRODT PLC, | : | Case No. 20-12522 (BLS) |
| | : | |
| Reorganized Debtor.[1] | : | |
| | : | |
| OPIOID MASTER DISBURSEMENT TRUST II, | : | Adversary Proceeding |
| | : | |
| Plaintiff, | : | No. 22-50435 (BLS) |
| | : | |
| v. | : | |
| | : | |
| ARGOS CAPITAL APPRECIATION MASTER FUND LP, *et al.*, | : | |
| | : | |
| Defendants. | : | |

### NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that, in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7041, the Trust hereby dismisses with prejudice all claims against Goldman Sachs Investment Partners – GSAM a/k/a Goldman Sachs Asset Management, L.P. ("GSAM") that are set forth in the Amended Complaint in the above-captioned adversary proceeding, with the parties to bear their own costs and expenses, including, without limitation, attorneys' fees. This Notice pertains to only GSAM, and the claims set forth in the Amended Complaint against all other

---

[1] The Reorganized Debtor in this chapter 11 case is Mallinckrodt plc. On May 3, 2023, the Court closed the chapter 11 cases of the Reorganized Debtor's debtor-affiliates (together with the Reorganized Debtor, "Debtors"). A complete list of the Debtors may be obtained on the website of the Reorganized Debtor's claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtor's mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

Defendants are unaffected by this Notice and remain pending, unless separately noticed for dismissal.

Dated:  July 21, 2026                                      COLE SCHOTZ P.C.

By: */s/ Justin R. Alberto*
Justin R. Alberto (No. 5126)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Tel: (302) 652-3131
Fax: (302) 652-3117
Jalberto@coleschotz.com
Preilley@coleschotz.com

Anthony De Leo *(admitted pro hac vice)*
1325 Avenue of the Americas, 19th Floor
New York, New York 10019
Tel: (212) 752-8000
Fax: (212) 752-8393
Adeleo@coleschotz.com

- and -

CAPLIN & DRYSDALE, CHARTERED
Kevin C. Maclay *(admitted pro hac vice)*
Todd E. Phillips *(admitted pro hac vice)*
Jeffrey A. Liesemer *(admitted pro hac vice)*
Serafina Concannon *(admitted pro hac vice)*
1200 New Hampshire Avenue NW, 8th Fl.
Washington, D.C. 20036
Tel: (202) 862-5000
Fax: (202) 429-3301
kmaclay@capdale.com
tphillips@capdale.com
jliesemer@capdale.com
sconcannon@capdale.com

*Co-Counsel to the Opioid Master Disbursement Trust II*

2